# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:** M. Fabrikant & Sons, Inc.          Bankruptcy Case No. 06-12737

               Debtor

                                       Adversary Case No. 08-01317

Buchwald Capital Advisors, LLC    Plaintiff
as Trustee of the GUC Trust

                                 v.

Fabrikant Hong Kong LTD**.**

                                Defendant

## ENTRY OF DEFAULT

    It appears from the record that the following failed to plead or otherwise defend in this case as required by law.

> Name: Fabrikant Hong Kong LTD

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

                                               **Vito Genna**
                                          Clerk of the Bankruptcy Court

    10/27/2010                                  By : s/Deirdra Cantrell
       Date                                           Deputy Clerk